No. 157. Baer v. Askenase et al. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit. October 2, 1933. Dismissed on motion of *Mr. Arthur G. Brode* for petitioner.

No. 70. Cobb et al v. Department of Public Utilities et al.

October 9, 1933. *Per Curiam:* The appeal herein is dismissed for failure of the appellants to comply with Rule 12, paragraph 1, and with Rule 13, paragraph 9, of the rules of this Court. *Mr. R. C. Cobb* for appellants. No appearance for appellees.

No. 69. Merriam, Executor, v. U.S. District Court in and for the District of Arizona. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. October 9, 1933. Dismissed per stipulation of counsel. *Mr. Charles C. Montgomery* for petitioner. *Solicitor General Biggs* for respondent.

No. 268. Plaza Amusement Co. et al. v. Rothenberg et al. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. October 9, 1933. Dismissed per stipulation of counsel. *Messrs. Marcellus Green, Charles Rosen, Garner W. Green, Stamps Farrar,* and *J. W. Curry* for petitioners. *Messrs. R. E. Wilbourne* and *A. S. Bozeman* for respondents.